# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2136940 | Horman | 322 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code | |
|---|---|---|
| 6/6/25 2153 | 21-801.1 | |

**Place of Offense:** Porter Street

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Driving veh. on Hwy. at speed exceeding limit
40 in 25

### DEFENDANT INFORMATION

**Last Name:** Bangoura
**First Name:** IDRISSA

[Street address redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 2FE2255 | MD | 15 | mer/whi | | White |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov
$ 120 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 1520 Freedman Dr
**Date:** TBD
**Time:** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signed]

Original - CVB Copy

*E2136940*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **06 June**, 20**25** while exercising my duties as a law enforcement officer in the **Fort Detrick** District of **Frederick**

I observed a white Mercedes C class traveling on Porter Street of 40 MPH in a 25 MPH zone. Speed was confirmed by Doppler audio and Pitch Tone. RADAR unit was tested for accuracy prior to beginning of shift, with no discrepancies. Driver stated he was in a rush to get to work. Driver, identified by his MD license # MD102744551002, was cooperative. Roads were dry and weather was clear, traffic at this time was little to none.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/06/2025**   [signed]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.

CVB SCAN 06/24/2025 15:44